

RECEIVED
MAY 0 3 2023
PRO SE OFFICE

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

DARRYL DOCKERY
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

GREEN MARKELL
KOSEOGLU KORKUT
SGT. WEST BGD #370

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Non-Prisoner Complaint)

Case No. **23-CV-3302-DG-VMS**

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☐ No
                *(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis*.

I.      **The Parties to This Complaint**

    A.      **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | DARRYL DOCKERY |
| Street Address | C/O 85 Mac Dougal Street |
| City and County | BROOKLYN ~~#~~ ~~~~ Kings |
| State and Zip Code | NEW York 11233 |
| Telephone Number | (347) 423-1330 |
| E-mail Address | darryldockery330@gmail.com |

    B.      **The Defendant(s)**

        Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation. For an individual defendant, include the person's job or title (if
known) and check whether you are bringing this complaint against them in their
individual capacity or official capacity, or both. Attach additional pages if
needed.

Defendant No. 1

| | |
|---|---|
| Name | GREEN MARKELL |
| Job or Title (if known) | Police Officer BGDH 6986 |
| Street Address | —73rd PRECINCT |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

Defendant No. 2

Name     KOSEOGLU KORKUT

Job or Title    Sergent Police officer
(if known)    TAX Reg.No 949,176

Street Address   73rd Precinct

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 3

Name     WEST

Job or Title    SERGent Badge # 370
(if known)

Street Address   73rd Precinct

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

3

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑   State or local officials (a § 1983 claim)

☐   Federal officials (a *Bivens* claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Right to Travel by private conveyance for private purpose(s). Arrest without a warrant, False imprisonment under Due Process of Law Denial of property by theft illegal Search an Seisure. Tresspass, assault and battery, and Copyright(s) infringment.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Each defendant Failed to follow the United States) consitution and acted Under Color of Law and to adhere to many Supreme Court(s) ruling on Warrantless arrest, Traveling on public roads, search without a warrant, Deprivation of Liberty, Life and Pursuit of Happiness, Copyright infringment.

4

**III.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of
all relevant events.  You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims.  Do not cite any cases or
statutes.  If more than one claim is asserted, number each claim and write a short and
plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

iN BROOKLYN NY   oN St. Johns and Buffalo Street

B.    What date and approximate time did the events giving rise to your claim(s) occur?

ON March 17, 2023 4:06 pm

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to
you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

On March 17, 2023 I was Traveling on My Way home from
work I Drove my car on howard ave were I Seen officer Green
sitting in his Patrol care I Turned Down St Johns street
about a block away I Notice patrol car is behind me
With his Emergency lights on I pulled over officer
Green approach my car and ask for MY ID I ask
PO Green why he pulled me over he stated to me
cause I have only One license plete on my car
he ordered me to step out the car I then
ask to Speak to his Superior in Charge officer
Green proceeded to Snatch me out my car and
placed me in handcuffed went into My pocket
and took my wallet without my permission.

(Continue
See Attached)

5

I was Violently Placed in his Patrol Car, Sergant West Badge #370 Came upon the Scene, I Explained to Sergant west that officer Green Badge #6986 Did Not have any articelet Reasonable Suspicion or Reasonable articelet Fact to Stop Me From Traveling, Sergant West Badge #370 Informed officer Green Badge #6986 To Take Me to the Precinct and imprison Me Without any Warrant or any Lawful Cause. I was Then Placed in a holding cell for about 5½ hours, Stripped of My Clothing, Fingerprinted, Photographs) Denied Medical attention when requested; No Food to Eat or Phone Call To My Attorney in fact.

Denied to see a Judge From point of arrest, Stripped of all My Property. I then ask to Speak to the Commander in Charge of the 73rd Precinct which was Sergant KOSEOGLU, KORKUT. and explained the Same Facts of the Unlawful arrest and among other things in which he informed officer Green To Place Me in a holding Cell. Then Release after 5½ hours.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and
state what medical treatment, if any, you required and did or did not receive.

I sustained injuries; Assault and battery,
physical inconvenience, discomfort, loss of Time, Mental
suffering, injuries to reputation distress and anguish
humiliation of the mind, public ridicule, denied Medical
attention upon request; Unauthorized Copyright, use of
My property

## V.   Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not
cite any cases or statutes.  If requesting money damages, include the amounts of any
actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis
for these claims.

I would honor The Court to grant my claim and relief
on actual damages, punitive damages as well Exemplary
damages. For the facts stated; For Private Easements
and Public Easements; Basis For these Claims.
Colored law Violations) and Human Rights Violations)
Please See Attched"
Total amount in Damages Plaintiff requesting
is $1,200,000.00 in USD Currency

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

6

Continue

1) False imprisonment, assault and battery, Mental, Physical Emotional abuse, Deprivation of Basic Human Rights. in the amount of $ 1,000000.00 in USD Currency (One Million Dollars)

2) Produce Trade Name materials) under Threats, duress and or Coercion. (a) Name $50,000.00 Written by Each informant(s) $ 150,000.00 in USD Currency

3) Trespass, carjacking, Theft, interfering with my Liberty $ 150,000.00 in USD Currency

4) Time Usage For Traffic STOP unlawfully $ 10,000.00 per 60 Minutes x 300 Minutes Total 5½ hours in the amount of $50,00000 USD Currency

5) Time Usage For Court apperances under protest and Duress $ 50,000.00 Each apperance(s).

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/2 , 2023

Signature of Plaintiff *by: Darryl-Dockery (E): All Righs reserved*

Printed Name of Plaintiff *DARRYL DOCKERY: All Rights reserved. Without recourse*

7